Entered: August 7th, 2025
Signed: August 7th, 2025

**SO ORDERED**

The continued hearing on the Motion for Relief from Automatic Stay scheduled for August 11, 2025 is cancelled.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **24−18279 − MCR**   Chapter: **13**   Doc No.: **52**

**Belinda Y Christian**
Debtor

NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Ixis Real Estate Capital Trust 2006−1, Mortgage Pass Through Certificates, Series 2006−1
Movant

vs.

Belinda Y Christian
Respondent

## ORDER DENYING MOTION AS MOOT
## AFTER CASE DISMISSED OR CLOSED

Debtor's bankruptcy case was dismissed or closed. Consequently, there is no continuing jurisdiction to try the above−captioned motion. Upon the dismissal or closure of this case, the automatic stay was terminated pursuant to 11 U.S.C. § 362(c)(2). It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above−captioned motion herein is denied, without prejudice, as moot.

cc:   All Counsel − Anthony Hood
      Case Trustee − Timothy P. Branigan

### End of Order

37x03 (rev. 12/03/1997) − MichelleRaymond